JS-6

Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Integrated Sports Media, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| Integrated Sports Media, Inc., | Case No. 2:09-cv-05007-GAF-PLA |
| Plaintiff, | JUDGMENT |
| vs. | |
| Nael Yousef Diab, et al., | |
| Defendants. | |

Default having been entered in this action on  September 29, 2009 against Nael Yousef Diab and Ray Diab, individually and d/b/a Paulet Du Jour, and the application for and declarations in support of default judgment having been filed on or about October 31, 2009, and having been served on the Defendants and notice given and  no appearance by the Defendants having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

///
///
///
///
///
///

ORDER (Proposed)
CASE NO. 2:09-CV-05007-GAF-PLA
PAGE 1

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendants Nael Yousef Diab and Ray Diab, individually and d/b/a Paulet Du Jour and in favor of Integrated Sports Media, Inc.., as follows:

| | | |
|---|---|---:|
| a. For the Violation of Title 47 U.S.C. 605 (e)(3)(B)(iii) and (c)(ii): | $ | 15,000.00 |
| b. For the Tort of Conversion: | $ | 750.00 |
| c. For Attorneys' fees and costs | $ | 1,545.00 |
| Total: | $ | 17,295.00 |

**Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $17,295.00.**

**IT IS SO ORDERED**:

_____          Dated:  February 4, 2010

**The Honorable Gary A. Feess**
**United States District Court**
**Central District of California**

**ORDER (Proposed)**
**CASE NO. 2:09-CV-05007-GAF-PLA**
**PAGE 2**