Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

INTEGRATED SPORTS MEDIA, INC., )
)
     Plaintiff,    vs. ) Case No.: 2:09-CV-05007-GAF-PLA
)
NAEL YOUSEF DIAB, et al, )
)
     Defendant, )
) RENEWAL OF JUDGMENT BY CLERK

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, Integrated Sports Media, Inc., and against Defendant, Nael Yousef Diab, individually and dba Paulet Du Jour; Ray Diab, individually and dba Paulet Du Jour, entered on February 04, 2010, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 17,295.00 |
| b. | Costs after judgment | $ 00.00 |
| c. | Subtotal **(add a and b)** | **$ 17,295.00** |
| d. | Credits | $ 0.00 |
| e. | Subtotal **(subtract d from c)** | **$ 17,295.00** |
| f. | Interest after judgment(.31%) | $ 534.68 |
| g. | Fee for filing renewal of application | $ 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ **17,829.68** |

Dated: January 27, 2020     CLERK, by _[signature: Sharon Hall Brown]_
                                             Deputy

                                             Kiry A. Gray,
                                             Clerk of U.S. District Court